FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2022-3273
_____

JAMES A. FARMER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.


February 26, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; Barbara J. Busharis and Megan Lynne Long, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.